IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAUN ESPINOZA, | ) | No. C 13-1141 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| K.R. CHAPPELL, | ) | |
| Defendant. | ) | |

On March 13, 2013, plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On June 13, 2013 the court issued an order of dismissal with leave to amend. (Docket No. 3.) Plaintiff was directed to file an amended complaint within thirty days of the filing date of the order. Plaintiff has failed to comply with the due date, thus, the instant action is **DISMISSED** without prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

Order of Dismissal
G:\PRO-SE\RMW\CR.12\Espinoza141dism.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHAUN ESPINOZA,

        Plaintiff,

  v.

K. R. CHAPPELL et al,

        Defendant.

Case Number: CV13-01141 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shaun Espinoza AM-8219
1 Main Street
SQSP
San Quentin, CA 94974

Dated: October 23, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk