1
2
3
4
5
6
7
8

9         IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12   SHAUN ESPINOZA,                    )   No. C 13-1141 RMW (PR)
                                        )
13              Plaintiff,              )   JUDGMENT
                                        )
14       v.                             )
                                        )
15   K.R. CHAPPELL,                     )
                                        )
16              Defendant.              )
     _____)

17   The court has dismissed the instant action. A judgment of dismissal without prejudice is
18   entered. The clerk shall close the file.

19        IT IS SO ORDERED.

20   DATED: _____

                                            _____
21                                          RONALD M. WHYTE
                                            United States District Judge

Judgment
G:\PRO-SE\RMW\CR.13\Espinoza141jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN ESPINOZA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>K. R. CHAPPELL et al,<br><br>　　　　　Defendant._____/ | Case Number: CV13-01141 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shaun Espinoza AM-8219
1 Main Street
SQSP
San Quentin, CA 94974

Dated: October 23, 2013

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk